# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-1539

_____

United States of America

*Plaintiff - Appellee*

v.

Dominique Glosson, also known as Dominique Glossonsmith

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: September 16, 2024
Filed: September 19, 2024
[Unpublished]

_____

Before LOKEN, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Dominique Glosson appeals after he pleaded guilty to drug and firearm offenses pursuant to a plea agreement that includes an appeal waiver. His counsel has

moved to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), challenging the sentence imposed by the district court.[1]

Upon careful review, we conclude that the appeal waiver is valid, enforceable, and applicable to the issue raised in this appeal. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010); United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc). We have also independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we grant counsel's motion to withdraw, and we dismiss the appeal.

_____

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.